## Commonwealth *v.* Perry, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Perschka, Appellant.

Argued November 11, 1970. *Michael J. Wherry,* Assistant Public Defender, with him *Warren R. Keck, III,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Pilone.

Submitted November 13, 1970. *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *J. Graham Sale, Jr.,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellee.

Order affirmed.

WRIGHT, P. J., WATKINS and MONTGOMERY, JJ., dissent.